# EXHIBIT 2

FINANCIAL SERVICES
VEHICLE TRUST
5550 BRITTON PARKWAY
HILLIARD          OH 43026

004490



# CERTIFICATE OF TITLE

## NEW YORK STATE
dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WBSDZ0C01LBM09466 | 2020 | BMW | N/A | CONV | 060401C |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4560 | GAS | 8 | NEW | VEHICLE | 10/13/20 |

Name and Address of Owner(s)
FINANCIAL SERVICES
VEHICLE TRUST
5550 BRITTON PARKWAY
HILLIARD OH        43026

ODOMETER READING: 00200
**ACTUAL MILEAGE**

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

VOID IF ALTERED

MV-999 (1/15)

DEPARTMENT OF MOTOR VEHICLES