# EXHIBIT 3

# BMW Financial Services



September 9, 2022

Esmeralda Osmanaj
228 Netherland Ave
Staten Island NY  10303-2211

Reference: ▇▇▇▇▇▇▇▇ / 2020 BMW M8 Convertible
Subject: Transaction Statement

Dear Esmeralda Osmanaj:

Thank you for contacting BMW Financial Services regarding the above referenced account. On the following page(s) you will find a complete transaction history of the billing and payments posted on the account.

We are committed to providing you with the highest level of service. If you have any questions, please contact a Customer Service Advocate at (800) 578-5000, Monday through Thursday, 9:00 a.m. to 9:00 p.m. ET, and Friday 9:00 a.m. to 6:00 p.m. ET, or by mail at the address listed on this letter.

Yours sincerely,

BMW Financial Services

Company
BMW Financial Services NA, LLC

BMW Group Company

Mailing Address
PO Box 3608
Dublin OH 43016-0306

Office Address
5550 Britton Parkway
Hilliard OH 43026

Telephone
(800) 578-5000

Fax
(800) 820-4269

Internet
bmwusa.com/mybmw

# BMW Financial Services



Subject: Transaction Statement
Date: September 9, 2022
Page: 2

| Description | Effective Date | Post Date | Amount |
|---|---|---|---|
| Billing-Lease Payment | 07/23/2020 | 07/11/2020 | $1,549.00 |
| Payment | 07/11/2020 | 07/23/2020 | $1,549.00 |
| Payment | 08/09/2020 | 08/09/2020 | $1,549.00 |
| Billing-Lease Payment | 07/23/2020 | 08/11/2020 | $1,549.00 |
| Payment | 09/10/2020 | 09/10/2020 | $1,549.00 |
| Billing-Lease Payment | 08/21/2020 | 09/11/2020 | $1,549.00 |
| Payment | 10/07/2020 | 10/07/2020 | $1,549.00 |
| Billing-Lease Payment | 09/21/2020 | 10/11/2020 | $1,549.00 |
| Payment | 11/10/2020 | 11/10/2020 | $1,549.00 |
| Billing-Lease Payment | 10/22/2020 | 11/11/2020 | $1,549.00 |
| Payment | 12/09/2020 | 12/09/2020 | $1,549.00 |
| Billing-Lease Payment | 11/20/2020 | 12/11/2020 | $1,549.00 |
| Payment | 01/08/2021 | 01/08/2021 | $1,549.00 |
| Billing-Lease Payment | 12/22/2020 | 01/11/2021 | $1,549.00 |
| Billing-Lease Payment | 01/22/2021 | 02/11/2021 | $1,549.00 |
| Payment | 02/11/2021 | 02/11/2021 | $1,549.00 |
| Payment | 03/09/2021 | 03/09/2021 | $1,549.00 |
| Billing-Lease Payment | 02/19/2021 | 03/11/2021 | $1,549.00 |
| Billing-Lease Payment | 03/22/2021 | 04/11/2021 | $1,549.00 |
| Payment | 04/11/2021 | 04/11/2021 | $1,549.00 |
| Payment | 05/09/2021 | 05/09/2021 | $1,549.00 |
| Billing-Lease Payment | 04/23/2021 | 05/11/2021 | $1,549.00 |
| Payment | 06/09/2021 | 06/09/2021 | $1,549.00 |
| Billing-Lease Payment | 05/24/2021 | 06/11/2021 | $1,549.00 |
| Billing-Lease Payment | 06/23/2021 | 07/11/2021 | $1,549.00 |
| Payment | 07/11/2021 | 07/11/2021 | $1,549.00 |
| Payment | 07/14/2021 | 07/14/2021 | $1,549.00 |
| Billing-Lease Payment | 07/23/2021 | 08/11/2021 | $1,549.00 |
| Payment | 08/15/2021 | 08/15/2021 | $1,549.00 |
| Billing-Lease Payment | 08/24/2021 | 09/11/2021 | $1,549.00 |
| Payment | 09/18/2021 | 09/18/2021 | $1,549.00 |
| Billing-Lease Payment | 09/23/2021 | 10/11/2021 | $1,549.00 |
| Billing-Lease Payment | 10/25/2021 | 11/11/2021 | $1,549.00 |
| Payment | 11/16/2021 | 11/16/2021 | $1,549.00 |
| Billing-Lease Payment | 11/23/2021 | 12/11/2021 | $1,549.00 |
| Payment | 12/12/2021 | 12/12/2021 | $1,549.00 |
| Payment | 01/05/2022 | 01/05/2022 | $1,549.00 |
| Billing-Lease Payment | 12/24/2021 | 01/11/2022 | $1,549.00 |
| Billing-Lease Payment | 01/24/2022 | 02/11/2022 | $1,549.00 |
| Billing-Late Charge | 02/22/2022 | 02/22/2022 | $77.45 |
| Billing-Lease Payment | 02/21/2022 | 03/11/2022 | $1,549.00 |

# BMW Financial Services



Subject: Transaction Statement
Date: September 9, 2022
Page: 3

| Description | Effective Date | Post Date | Amount |
|---|---|---|---|
| Billing-Late Charge | 03/22/2022 | 03/22/2022 | $77.45 |
| Billing-Lease Payment | 03/24/2022 | 04/11/2022 | $1,549.00 |
| Billing-Late Charge | 04/22/2022 | 04/22/2022 | $77.45 |
| Billing-Lease Payment | 04/22/2022 | 05/11/2022 | $1,549.00 |
| Billing-Late Charge | 05/23/2022 | 05/23/2022 | $77.45 |
| Billing-Lease Payment | 05/24/2022 | 06/11/2022 | $1,549.00 |
| Billing-Late Charge | 06/22/2022 | 06/22/2022 | $77.45 |
| Billing-Collection Fees | 06/30/2022 | 06/30/2022 | $250.00 |
| Billing-Repo Fees | 06/30/2022 | 06/30/2022 | $575.00 |
| Billing-Lease Payment | 06/23/2022 | 07/11/2022 | $1,549.00 |
| Billing-Late Charge | 07/22/2022 | 07/22/2022 | $77.45 |
| Billing-EOT Remaining Receivables | 07/25/2022 | 07/25/2022 | $23,927.99 |
| Billing-EOT Collection Fees | 07/25/2022 | 07/25/2022 | $250.00 |
| Billing-EOT - Residual | 07/25/2022 | 07/25/2022 | $84,885.30 |
| Billing-EOT Late Charge | 07/25/2022 | 07/25/2022 | $464.70 |
| Billing-EOT Repo Fees | 07/25/2022 | 07/25/2022 | $575.00 |
| Billing-EOT Storage Charge | 09/02/2022 | 09/02/2022 | $260.00 |